# EXHIBIT A

American Express
PO Box 31525
Salt Lake City, UT 84131
(800) 266-1260



www.americanexpress.com

February 21, 2025

AB 01 004865 58607 H 16 B

Andrew Kang

Studio City CA 91604-2999

Ref: 2025052SP76576USD

Dear Andrew Kang,

Thank you for applying for American Express® Business Gold Card. We appreciate your interest in obtaining an Additional Card on your account.

Unfortunately, we're unable to approve your request to issue an Additional Card on your account to the person indicated on your application. If the Additional Card applicant would like to know the reason for our decision or has any questions, they can call us at the number below.

We value your Card Membership and will be happy to address any concerns you have about your account. If you have any questions, please call us at 1-800-567-1083 or write to us at the address above.

Sincerely,

American Express Customer Care

We've provided an important notice below concerning your rights. The creditor is American Express National Bank.

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C. 20552 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, D.C. 20580.

UGNENGNTDEC0016

Page 1 of 1