# EXHIBIT D

American Express
Executive Customer Care
1500 NW 136th Avenue
Sunrise Florida 33323



www.americanexpress.com

June 23, 2025

AB 01 039660 45968 H 91 A

Elliott Broidy

Boca Raton FL 33434

Ref: 2025052SP76576USD

Dear Elliott Broidy,

Thank you for contacting the Executive Offices of American Express. I have been asked to respond and welcome this opportunity to address your concerns. An evaluation of your application was conducted and unfortunately our decline decision remains based on your history with American Express.

Once we receive an application, our New Accounts team follows certain guidelines to determine whether the applicant is eligible for the Card. There are many factors taken into consideration when processing an application, including information in the application about personal resources, the status of any current or former American Express accounts, and credit bureau information.

We are committed to making sure all credit worthy customers have equal access to credit. That is why we take appropriate measures to make sure that our representatives comply with all laws and regulations. It is against our policy and our culture to make credit decisions or service an application on a prohibited basis. The actions taken on your application were based on valid reasons and in accordance with our policies and procedures.

After careful consideration, we respectfully advise that in the absence of new information our position as per our previous letter to you dated May 9, 2025, remains unchanged. Future communication received without new details will be filed with no further response.

Thank you for your understanding.

Sincerely,
Paul Sykes
Executive Assistant

MNLENNECBLK0025