**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:25-CV-80930-MIDDLEBROOKS**

ELLIOTT BROIDY,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS NATIONAL BANK,

    Defendants.
_____/

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Defendants American Express Company and American Express National Bank (together, "Defendants") respectfully request an extension of time to respond to the Complaint [ECF No. 1] and, in support, state:

    1.    The Current deadline for Defendants to respond to the Complaint is August 20, 2025.

    2.    Defendants recently retained counsel and are in need of an extension of time to investigate the allegations in the Complaint and prepare their response.

    3.    Accordingly, Defendants request a three-week extension of time, through and including September 10, 2025, to move or otherwise respond to the Complaint.

    4.    This request is unopposed.  This motion is not filed for the purposes of delay and will not cause prejudice to any party.

**WHEREFORE**, Defendants respectfully request that this Court enter an order granting Defendants an extension of time, through and including September 10, 2025, to move or otherwise respond to the Complaint, and granting any other or further relief the Court deems appropriate.

### LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel conferred with counsel for Plaintiff, and Plaintiff does not oppose Defendants' request for an extension of time.

Dated: August 19, 2025

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

By: /s/*Victoria J. Wilson*
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
Email: jcs@lklsg.com
Secondary: ph@lklsg.com
Victoria J. Wilson
Florida Bar. No. 92157
Email: vjw@lklsg.com
Secondary:  rm@lklsg.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 19, 2025, a true and correct copy of the foregoing was filed via CM/ECF and served upon parties registered with CM/ECF in this case.

By: */s/Victoria J. Wilson*