# EXHIBIT 4

American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879

www.americanexpress.com

February 06, 2021

Elliott B Broidy



Re: Account Ending 2008 Corporate Platinum Card®

Dear Elliott B Broidy:

We're writing to let you know that after a recent review of your American Express ® Corporate Card account referenced above, we have closed the account because it was not being used for its intended purpose.

If you have any questions, please call us at the number on the back of your Card or at 1-800-249-2583.

The Creditor for this account is American Express TRS Co., Inc..

Sincerely,

American Express Credit Services

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C. 20006 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.