# EXHIBIT 5

American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879

www.americanexpress.com

March 27, 2019

Elliott Broidy



Re: Account Ending  1003 Corporate Purchasing Card

Dear Elliott Broidy:

We regret to inform you that we have cancelled your American Express ® Corporate Card account.

All Cards and/or checks issued in connection with this account are no longer valid and must be destroyed immediately. Under no circumstances should any attempt be made by you or any Additional Card Member(s) to use any Card and/or checks issued on this account. All charges will be denied. Please ensure that all remaining balances are cleared.

**Reason(s) for Our Decision**

We made this decision for the following reason(s):

- The American Express Corporate Card Relationship with your corporation no longer exists.

Thank you for your attention to this matter.

Sincerely,

Credit Services

The Creditor for this account is American Express TRS Co., Inc..

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C. 20006 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice to Ohio Residents.**
The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.