# EXHIBIT 6

American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879

www.americanexpress.com

April 11, 2022

Elliott Broidy


Re: Account Ending ▮1028 Blue Cash Everyday®

Dear Elliott Broidy:

We're writing to let you know that after a recent review of your American Express ® Card, which was extended to you on ▮▮▮▮▮▮▮▮▮▮▮▮'s American Express account, we have cancelled the Card because it was not being used for its intended purpose.

The Creditor for this account is American Express National Bank.

Sincerely,

American Express Credit Services

FLGEURAC0044001

Page 1 of 1