UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80930-CV-MIDDLEBROOKS

ELLIOTT BROIDY,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY and AMERICAN
EXPRESS NATIONAL BANK,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Sections 2.07.01 and 2.16.00 of the Court's Internal Operating Procedures.

**SIGNED** in Chambers in West Palm Beach, Florida, this 5 day of September, 2025.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record

In accordance with the Local Rules and Internal Operating Procedures for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of

Judge   WILLIAM P. DIMITROULEAS

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number:   25-cv-80930-DIMITROULEAS

BY ORDER of the Court this   8th   day of September, 2025.

ANGELA E. NOBLE, Clerk of Court

by:   *m. nicado*

Deputy Clerk