UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80930-CIV-DIMITROULEAS

ELLIOTT BROIDY,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS NATIONAL BANK,

    Defendants.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

    THIS CAUSE is before the Court on Defendants American Express Company and American Express National Bank (collectively, "Defendants")'s Motion to Dismiss, seeking to compel Plaintiff Elliott Broidy ("Plaintiff" or "Broidy") to arbitrate his claim pursuant to the certain Cardmember Agreements purportedly relevant to Plaintiff's claim and section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1–16 (the "FAA"), or alternatively, to stay the matter during the pendency of such arbitration (the "Motion") [DE 10]. The Court has carefully considered the Motion, Response, and Reply, and is otherwise fully advised in the premises. The parties dispute which of several Cardmember Agreements are relevant to Plaintiff's claim, and whether Plaintiff was a party to and/or is otherwise bound by one or more relevant Cardmember Agreements. *See id.*

    Accordingly, it is **ORDERED AND ADJUDGED** that, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS**

the Motion [DE 10] to United States Magistrate Judge Matthewman for an evidentiary hearing, if necessary, and for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of September, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Magistrate Judge Matthewman